## Commonwealth v. Fleming, Appellant.

Submitted November 15, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Joel C. Meredith,* for appellant.

*Peter J. Smith* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.